**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
Dara L. Silveira (Cal. Bar No. 274923)
(dsilveira@kbkllp.com)
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Tel.: (415) 496-6723 / Fax: (650) 636-9251

**ASK LLP**
Kara E. Casteel (Admitted Pro Hac Vice)
(kcasteel@askllp.com)
Gary D. Underdahl (Admitted Pro Hac Vice)
(gunderdahl@askllp.com)
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Tel: (651) 406-9665 / Fax: (651) 406-9676

*Counsel for Arch & Beam Global LLC,*
*as Trustee of the Shift Technologies Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**NOTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>SHIFT TECHNOLOGIES, INC., *et al.*,[1]<br><br>Debtors. | Case No.: 23-30687 (HLB) (Lead Case)<br><br>(Jointly Administered) |
| Arch & Beam Global LLC, as Trustee of the Shift Technologies Liquidating Trust,<br><br>Plaintiff,<br><br>v.<br><br>TEC Equipment, Inc.,<br><br>Defendant. | **Adv. No. 25-03062**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF AN ADVERSARY PROCEEDING** |

---

[1] The last four digits of Shift Technologies, Inc.'s tax identification number are 5852. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Shift. The Debtors' service address is 5955 De Soto Ave. Ste 100, Woodland Hills, CA 91367

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action in its entirety with prejudice. An answer has not been filed.

Dated: November 24, 2025

**ASK LLP**
2600 Eagan Woods Drive
Suite 400, St. Paul, MN 55121
Tel: (651) 406-9665 / Fax: (651) 406-9676
Gary D. Underdahl

By: /s/ *Gary D. Underdahl*
    Gary D. Underdahl, MN SBN 0301693
    *(*Admitted *Pro Hac Vice)*

*Counsel for Arch & Beam Global LLC,*
*as Trustee of the Shift Technologies*
*Liquidating Trust*